# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-2450

———————————————

NAYMONTIE NASHARED ENOCH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

March 11, 2026

PER CURIAM.

DISMISSED. *See Shelley v. State*, 993 So. 2d 93 (Fla. 1st DCA 2008) (finding order lacked finality because the circuit court struck one of the claims as legally insufficient with leave to amend).

RAY, KELSEY, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Naymontie Nashared Enoch, pro se, Appellant.

No appearance for Appellee.